FILED: August 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-4159 (L)
(3:17-cr-00138-TLW-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DATRICK WILSON

       Defendant - Appellant

_____

O R D E R
_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk